# United States Bankruptcy Court
# District of South Carolina

IN RE:

LISA ANN WILKIE
PO BOX 428
MOORE, SC  29369

CASE NO.: 08-08019-hb
CHAPTER 13

DEBTOR

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0591202 in the amount of $2,251.20 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Claim # | Reason for Return | Amount |
|---|---|---|---|
| Eric M Berman PC | 21 | Unable to Locate | $2,137.95 |

Date: 11/27/2013

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
3 Caledon Court, Suite A
Greenville, SC  29615
864-242-0314
864-242-3679 Facsimile

## FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |