# United States Bankruptcy Court
# District of South Carolina

IN RE:

LISA ANN WILKIE  
PO BOX 428  
MOORE, SC  29369

CASE NO.: 08-08019-hb  
CHAPTER 13

DEBTOR

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0591236 in the amount of $83.01 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Claim # | Reason for Return | Amount |
|---|---|---|---|
| Citifinancial | 10004 | Creditor failed to provide a correct payment address | $48.56 |

Date: 03/03/2014

/s/ Gretchen D. Holland  
Gretchen D. Holland, Chapter 13 Trustee  
3 Caledon Court, Suite A  
Greenville, SC  29615  
864-242-0314  
864-242-3679 Facsimile

**FOR BANKRUPTCY COURT USE ONLY**

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |